# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ALVIN GAMBLE II EL, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:11-cv-00563-JMS-DML |
| | ) | |
| STATE OF INDIANA, | ) | |
| Defendant. | ) | |

## Order Again Directing Payment of Filing Fee

The plaintiff's request to proceed *in forma* pauperis was granted and in conjunction with granting that status the court gave the plaintiff through July 8, 2011, in which to pay the $350.00 filing fee. That deadline has passed and the plaintiff has not paid the fee.

The filing fee is owed and is overdue. "All [28 U.S.C.] § 1915 has ever done is excuse *pre*-payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan,* 91 F.3d 1023, 1025 (7th Cir. 1996).

Although it is difficult to imagine that the prior order was misunderstood, the plaintiff shall have an additional period of time, **through September 22, 2011,** in which to pay the $350.00 filing fee for this action.

**IT IS SO ORDERED.**

Date: 09/07/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

ALVIN GAMBLE II EL
P.O. Box 18343
Indianapolis, IN 46218